IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINA FAITH KENNEDY : CIVIL ACTION

ANDREW SAUL [1],
Commissioner of Social Security : NO. 18-5258

## ORDER

AND NOW, this 16th day of December, 2019, for the reasons expressed in the Court's Opinion filed today, it is

ORDERED that the decision of the Commissioner be, and the same hereby is, AFFIRMED. The Clerk of Court is directed to mark this matter as CLOSED.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. Pr. 25(d); and see 42 USC 5405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security.")